# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Terry Gilbert | JUDGMENT IN CASE |
| Plaintiff(s), | 5:21-cv-00036-KDB |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2022 Order.

January 6, 2022

Frank G. Johns, Clerk
United States District Court